United States District Court
Southern District of Texas
**ENTERED**
November 08, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMBER COBERT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3651 |
| | § | |
| STELLAR RECOVERY INC, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

In accordance with Plaintiff's Notice of Voluntary Dismissal with Prejudice filed on

November 7, 2018 (Doc. 17), this case is **DISMISSED** with prejudice pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this ___8th___ day of November, 2018.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE