# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

DEC 2 6 2018

David J. Bradley, Clerk of Court

20181211-132

Stellar Recovery Inc
4800 Spring Park Road
Jacksonville, FL US 32207

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Tuesday, December 11, 2018
Case Number: 4:16-cv-03651
Document Number: 18 (1 page)
Notice Number: 20181211-132
Notice: The attached order has been entered.

---



CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States District Court
Southern District of Texas
FILED

DEC 26 2018

David J. Bradley, Clerk of Court

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77002 **$ 000.47**
02 1W
0001374615 DEC 12 2018

322 NFE 1   618C0012/26/18
RETURN TO SENDER
STELLAR RECOVERY INC
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 77208101010    *0238-00155-20-16